**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS**

v.

**Elvie M. COBB and Gladys P. Cobb, wife.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Henderson Circuit Court; Carl D. Melton, Judge.

James D. Robinson, Acting General Counsel, Dept. of Highways, Frankfort, George E. Stigger, III, Perdue & Stigger, Henderson, Perry M. Lewis, Madisonville, for appellant.

William L. Sullivan, Dorsey, Sullivan & King, Ohio Valley National Bank Building, Henderson, for appellees.

Memorandum Opinion of the Court by Justice REED, Affirming.*

**COMMONWEALTH, DEPT. OF HIGH-WAYS, Appellant,**

v.

**Elva D. ALLEN and Anna J. Allen, wife, Appellees.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Henderson Circuit Court; Carl D. Melton, Judge.

Carl T. Miller, Jr., Gen. Counsel, Dept. of Highways, Frankfort, George E. Stigger, III, Perdue & Stigger, Henderson, Perry M. Lewis, Madisonville, for appellant.

William M. Deep, King Deep, Branaman, Hunt & Sheffer, Henderson, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**LISBY, Appellant,**

v.

**CITY OF LOUISVILLE, etc. et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Jefferson Circuit Court; Thomas A. Ballantine, Jr., Judge.

Earnest J. Eubanks, John E. Taylor, Eubanks, Gardner & Schaefer, Louisville, for appellant.

William D. Grubbs, Armer H. Mahan, Stuart E. Alexander, Thomas W. Speckman, Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**BURGHER, Appellant,**

v.

**Judy Russell KEILEN and Orville Keilen, Appellees.**

**Judy Russell KEILEN, Cross-Appellant,**

v.

**BURGHER, Cross-Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Jefferson Circuit Court; E. Skiles Jones, Judge.

Joe G. Leibson, David J. Leibson, Louisville, for appellants.

Henry A. Triplett, Hogan, Taylor, Denzer & Bennett, Louisville, G. William Clements, William A. Miller, Clements, Miller, O'Bryan & McDaniel, Louisville, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming on Appeal and Cross-Appeal.*

* Opinion ordered not to be published.